### LARRY MCCOWN *v.* COMMISSIONER OF CORRECTION

The petitioner Larry McCown's petition for certification for appeal from the Appellate Court, 113 Conn. App. 117 (AC 28691), is denied.

ROGERS, C. J., and McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Kathryn Steadman*, special public defender, in support of the petition.

*Raheem L. Mullins*, deputy assistant state's attorney, in opposition.

Decided May 21, 2009

### STATE OF CONNECTICUT *v.* R.K.C.

The defendant's petition for certification for appeal from the Appellate Court, 113 Conn. App. 597 (AC 28834), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*James B. Streeto*, assistant public defender, in support of the petition.

*Adam E. Mattei*, special deputy assistant state's attorney, in opposition.

Decided May 21, 2009